David Ward
**KLUGER HEALEY, LLC**
219 Broad Street
Red Bank, NJ 07701
P: (732) 852-7500
F: (888) 635-1653
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VUBEOLOGY, INC., and DOES 1-20,<br><br>Defendants. | Civil Action No.<br><br>14-cv-4531-ES-JAD<br><br><br>ORDER DISMISSING COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6) |

**THIS MATTER** having been opened to the court by way of a motion by Defendant Vubeology, Inc., by and through counsel, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint for failure to state a claim, and the Court having considered the moving papers and having considered any opposition thereto, and for good cause shown;

**IT IS** on this _____ day of _____, 2014;

**ORDERED** that Defendant's motion is hereby granted and the Complaint is hereby dismissed for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6).

                                                      _____
                                                                               U.S.D.J.